AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| DAVID KLEPADLO | ) | Case No. | 3:16-CR-254 |
| Defendant | ) | | |

RECEIVED USMS MIDDLE/PA 2016 SEP -7 PM 3 02

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DAVID KLEPADLO,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information    [ ] Complaint
[ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice    [ ] Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO VIOLATE THE CLEAN WATER ACT;
DISCHARGE IN VIOLATION OF A CLEAN WATER ACT PERMIT;
FALSE STATEMENTS IN VIOLATION OF THE CLEAN WATER ACT;
TAMPERING WITH A WITNESS

Peter J. Welsh, Acting Clerk

Date: SEPT 6, 2016

*Issuing officer's signature*

City and state: SCRANTON, PA    CHRISTINE LAVELLE, DEPUTY CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/6/2016, and the person was arrested on *(date)* 9/7/2016
at *(city and state)* Clarks Summit PA.

Date: 9/7/2016

*Arresting officer's signature*

Jacob J Westland III, Special Agent FBI
*Printed name and title*