

Mark B. Sheppard
Direct Dial: (215) 569-2198
Email: msheppard@klehr.com

December 11, 2019

**VIA ELECTRONIC FILING**
The Honorable Richard A. Caputo
United States District Court
for the Middle District of Pennsylvania
Max Rosenn United States Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

    Re:    **United States of America v. David D. Klepadlo, and David D. Klepadlo & Associates; Docket No. 3:16-CR-254**

Dear Judge Caputo:

    I represent David Klepadlo and his firm in the above-referenced matter. Yesterday I filed a motion requesting the Court to continue Mr. Klepadlo's sentencing hearing, which was recently rescheduled for December 18, 2019.

    In further support of our motion, I write to inform Your Honor that defense witness Frank Bolock is now also unavailable to attend the hearing on December 18, 2019 because he will be having a procedure on his back.

    Should your Honor have any questions, we would be pleased to provide additional information deemed necessary.

    Respectfully,

    Mark B. Sheppard

cc:    AUSA Michelle L. Olshefski
        Stephen P. Zdaniewicz,, Senior USPO
        Warren M. Harrell, Esquire
        Timothy J. Bergere, Esquire