UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:16-CR-254 |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| DAVID D. KLEPADLO, and | : | Filed Electronically |
| DAVID D. KLEPADLO & | : | |
| ASSOCIATES, INC. | : | |
| Defendants | : | |

## ORDER

AND NOW, this 18th day of May, 2020, upon consideration of the joint motion for continuance of the sentencing hearing, the Court hereby finds that for reasons stated in the motion, a continuance outweighs the best interests of the public and the defendant in a speedy trial. Accordingly it is hereby ordered as follows:

1. The sentencing in this matter is hereby continued and will be rescheduled to take place on Wednesday, July 1, 2020; at 1:30 p.m.;

2. The period of time from the signing of this Order to the rescheduled date of the sentencing shall be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE