

Mark B. Sheppard
Direct Dial: (215) 569-2198
Email: msheppard@klehr.com

August 27, 2020

**VIA ECF**

The Honorable Malachy E. Mannion
William J. Nealon Federal Building and
United States Courthouse
235 North Washington Avenue, Room 415
Scranton, PA 18503

> Re:    **United States of America v. David D. Klepadlo, et al.**
> **Docket number: 3:16-CR-254**
> **Sentencing Hearing: September 1, 2020 at 1:30 p.m.**

Dear Judge Mannion:

      This will confirm my discussion with Ms. Sempa, wherein I advised her of my request to appear at the above sentencing hearing remotely for health reasons. I have discussed this with Dave Klepadlo and his wife, Linda, and they understand the reason for my request and are willing to proceed in this fashion. Mr. Bergere will be appearing with the client in person, as will my associate, Ms. Lowry. I have also advised Ms. Olshefski and Mr. Harrell of my request.

      I am willing to share more information with your Honor regarding the reason for my request if necessary, and I thank the Court, Ms. Sempa and Counsel for your courtesies.

Respectfully submitted,

Mark B. Sheppard

cc:    Michelle Olshefski, AUSA
       Martin Harrell, Associate Regional Counsel, EPA
       Timothy Bergere, Esquire
       David Klepadlo (all via email/ECF)

PHIL1 9098572v.1