

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
*Internet Address:* www.pamd.uscourts.gov

*Divisional Offices:*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

PETER WELSH
Clerk of Court

April 27, 2021

David D. Klepadlo, P.E.
David D. Klepadlo & Associates, Inc.
1100 Oakmont Road
Clarks Summit, PA   18411

Re:   3:16-CR-254-001
      3:16-CR-254-002

To Whom It May Concern,

Please be advised that our records in the above captioned case for David D. Klepadlo and David D. Klepadlo & Associates, indicate a balance due of $ - 0 -.

If I can be of any further assistance, please feel free to contact me at 570-207-5600.

Sincerely,

Peter J. Welsh
Clerk of Court

By:

*Karen Fuller*

Karen Fuller
Financial Specialist