UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:16-CR-254-01 |
| DAVID D. KLEPADLO | : |

**ORDER**

IT IS HEREBY ORDERED that Passport #538364753, which was surrendered to the United States District Court on September 7, 2016, be returned to David D. Klepadlo, 1100 Oakmont Road, Clarks Summit, Pennsylvania 18411.

_Malachy E. Mannion_
Malachy E. Mannion
UNITED STATES DISTRICT JUDGE

DATE: 9/10/21